IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| DWAYNE C. MORRIS, | * |
| Petitioner, | * |
| vs. | * |
| | CASE NO. 4:06-CV-134 (CDL) |
| VICTOR WALKER, *et al.*, | * |
| Respondents. | * |
| | * |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on April 17, 2007 [1], is hereby approved, adopted, and made the Order of the Court.

The objections of the Plaintiff have also been thoroughly considered and are found to be without merit.

IT IS SO ORDERED, this 21st day of May, 2007.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE

---

[1] The Court notes a typographical error on page 3 of the Report and Recommendation. October 14, 1971 should read October 14, 1977.